**E-filed 8/31/06**

Law Office of William E. Kennedy
William E. Kennedy (CSB# 158214)
Marco P. Quintana (CSB# 237295)
2797 Park Ave., Ste. 201
Santa Clara, CA 95050
408-241-1000 phone
408-241-1500 fax
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGO PARMACEK,<br><br>                Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK,<br><br>                Defendant. | Case No.: C05-04319 JF<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING A CONTINUANCE OF THE ADR DEADLINE AND CASE MANAGEMENT CONFERENCE.** |

WHEREAS, the Court ordered the parties to hold an ADR session within 90 days of April 27, 2006.

WHEREAS, due to scheduling conflicts with the parties and the Court appointed mediator, Mr. Philip B. Bass, the parties have yet to complete ADR.

WHEREAS, the next Case Management Conference is scheduled to take place on September 8, 2006 at 10:30 a.m.

WHEREAS, the parties and Court appointed mediator have now agreed on a mediation date of September 22, 2006.

1  WHEREAS, the parties stipulate and ask the Court to grant
2  an ADR deadline continuance until October 1, 2006 so that
3  parties may mediate the matter.
4  WHEREAS, the parties stipulate and ask the Court to grant a
5  continuance of the Case Management Conference in order to
6  complete mediation.

7
8  Dated: 8/23/06

   Marco P. Quintana
9  Law Office of William E. Kennedy
   Attorneys for Plaintiff Margo
10 Parmacek

11
12 Dated: 8/23/06

   Deborah E. Yim
13 REED SMITH, LLP
   Attorneys for Defendant Capital
14 One Bank

15

16
                              **ORDER**
17
   Pursuant to the stipulation of the parties, IT IS ORDERED that
18
   the Case Management Conference in the above entitled matter
19
   which was previously set for September 8, 2006, has been
20
   continued to October 13, 2006.  IT IS ALSO ORDERED that the
21
   parties are to complete mediation before October 1, 2006.
22

23
24 Dated:  8/31/06

   The Honorable Wayne D. Brazil
25 Judge Jeremy Fogel, US District Court Judge