**E-filed 12/22/06**

1  LAW OFFICE OF WILLIAM E. KENNEDY
   WILLIAM E. KENNEDY (CSB #158214)
2  2797 Park Avenue, Suite 201
   Santa Clara, California 95050
3  (408) 241-1000 phone
   (408) 241-1500 fax
4
   Attorney for Plaintiff MARGO PARMACEK
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO PARMACEK,<br><br>    Plaintiff<br><br>v.<br><br>CAPITAL ONE BANK,<br><br>    Defendant | Case No. C05-04319 JF<br><br>**STIPULATION FOR DISMISSAL** |

//

//

//

//

//

STIPULATION FOR DISMISSAL

1

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED:  December 12, 2006          LAW OFFICE OF WILLIAM E. KENNEDY

                                   By: _____
                                        William E. Kennedy
                                        Attorney for Plaintiff MARGO PARMACEK


                                   BUCHALTER, NEMER

                                   By: _____
                                        Deborah E. Yim
                                        Attorneys for Defendant CAPITAL ONE BANK


12/22/06 IT IS SO ORDERED.

                                        _____
                                        Judge Jeremy Fogel, US District Court

STIPULATION FOR DISMISSAL

2